**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Martin Christopher Labowicz | Social Security number or ITIN    xxx–xx–7932 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Noelle Labowicz | Social Security number or ITIN    xxx–xx–0645 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:    12–35152–KCF

# Order of Discharge                                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Martin Christopher Labowicz                    Noelle Labowicz
                                                aka Noelle Piazza

1/31/18                                         **By the court:** <u>Kathryn C. Ferguson</u>
                                                            United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                         Case No. 12-35152-KCF
Martin Christopher Labowicz                                    Chapter 13
Noelle Labowicz
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 3         Date Rcvd: Jan 31, 2018
                              Form ID: 3180W             Total Noticed: 76


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2018.
db/jdb        +Martin Christopher Labowicz,   Noelle Labowicz,   3 Laurel Court,   Hamilton, NJ 08690-3354
513433428      247Greenstreet.com,   Level 5, Plaza Commercial Center,   Bisazza Street,   Sliema SLM1640,
                 Malta
513433429      500 Fast Cash,   515 GSE,   Miami, OK 74354
513676127     +Beneficial Financial I Inc., successor by,   merger to Beneficial New Jersey Inc.,
                 PO Box 12907,   Norfolk, VA 23541-0907
513433434      Bottom Dollar Payday,   Hunkins Waterfront Plaza,   Ste 556,   Charlestown,
                 Nevis (West Indies)
513677745     +CAPITAL ONE BANK (USA), N.A.,   PO Box 12907,   Norfolk VA 23541-0907
515135555     +COLLEGE LOAN CORP on behalf of MHEAC d/b/a ASA,   c/o MHEAC d/b/a ASA,
                 100 Cambridge Street, Suite 1600,   Boston, MA 02114-2518
513433438     +Cash Direct Express,   300 Creekview Rd,   Suite 204,   Newark, DE 19711-8548
513433439      Cash Jar,   PO Box 1639,   Belize City,   Belize
513433442     +Citibank,   1000 Technology Dr,   O Fallon, MO 63368-2239
513433454     +Idealgelt.com,   c/o Loren Cook & Assoc,   790 West Sam Houston Parkway North,   Suite 202,
                 Houston, TX 77024-4546
513433456     +It'sMyPayDay,   42 Read's Way,   New Castle, DE 19720-1649
513433459     +Mariner Finance,   PO Box 35394,   Baltimore, MD 21222-7394
513468715     +Mariner Finance, LLC,   8211 Town Center Drive,   Nottingham, MD 21236-5904
513437440     +PNC BANK,   PO BOX 94982,   CLEVELAND, OHIO 44101-4982
513433462     +PNC Bank,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
515446630     +PNC Bank, National Association,   ZUCKER, GOLDBERG & ACKERMAN, LLC,
                 200 Sheffield Street, Suite 101,   Mountainside, NJ 07092-2315
513620802     +PNC Mortgage,   3232 Newmark Dr,   Miamisburg, OH 45342-5433
513852132     +Portfolio Investments II LLC,   c/o Recovery Management Systems Corporat,   PO BOX 12931,
                 Norfolk, VA 23541-0931
513938417     +SPRINGCASTLE AMERICA FUNDING TRUST,   POB 12907,   Norfolk, VA 23541-0907
513938418     +SPRINGCASTLE AMERICA FUNDING TRUST,   POB 12907,   Norfolk, VA 23541,
                 SPRINGCASTLE AMERICA FUNDING TRUST,   POB 12907,   Norfolk, VA 23541-0907
513433464    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of NJ- Division of Taxation,   CN 245,   Trenton, NJ 08646)
513433463      Signmyloan.net,   Aboriginal GR Enterprises,   PO Box 88491, 418 Main St,
                 Vancouver, BC V6A 4A7,   Canada
513433467     +U.S Department of Education,   PO Box 530260,   Atlanta, GA 30353-0260
513433468    #+US Fast Cash,   3531 P Street NW,   PO Box 111,   Miami, OK 74355-0111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 31 2018 22:50:31      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 31 2018 22:50:27      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
513433431     +EDI: CITICORP.COM Jan 31 2018 22:18:00      AT&T Universal Card/Citi,   PO Box 182564,
                 Columbus, OH 43218-2564
513433430     +E-mail/Text: ebn@americanwebloan.com Jan 31 2018 22:50:52      American Web Loan,
                 522 N. 14th St.,   Box 130,   Ponca City, OK 74601-4654
513433432     +EDI: WFNNB.COM Jan 31 2018 22:18:00      Avenue,   PO Box 659584,   San Antonio, TX 78265-9584
513433433      EDI: HFC.COM Jan 31 2018 22:18:00      Beneficial,   PO Box 88000,   Baltimore, MD 21288
513433437      EDI: CAPITALONE.COM Jan 31 2018 22:18:00      Capital One Services,   15000 Capital One Drive,
                 Richmond, VA 23238
513603220     +E-mail/Text: bncmail@w-legal.com Jan 31 2018 22:50:40      CHESWOLD (OPHRYS), LLC,
                 C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
513433450      EDI: RMSC.COM Jan 31 2018 22:18:00      Home Depot,   PO Box 103072,   Roswell, GA 30076
513433436     +EDI: CAPITALONE.COM Jan 31 2018 22:18:00      Capital One,   1680 Capital One Drive,
                 Mc Lean, VA 22102-3407
513433435     +EDI: CAPITALONE.COM Jan 31 2018 22:18:00      Capital One,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
513585941      EDI: BL-BECKET.COM Jan 31 2018 22:18:00      Capital One NA,   c/o Becket and Lee LLP,
                 POB 3001,   Malvern PA 19355-0701
513433441     +EDI: CITICORP.COM Jan 31 2018 22:18:00      Citibank,   PO Box 6241,
                 Sioux Falls, SD 57117-6241
513433443     +EDI: CITICORP.COM Jan 31 2018 22:18:00      Citibank (Home Depot),   PO Box 6500,
                 Sioux Falls, SD 57117-6500
513433444     +EDI: RCSFNBMARIN.COM Jan 31 2018 22:18:00      Credit One Bank,   PO Box 98873,
                 Las Vegas, NV 89193-8873
513433445     +EDI: RCSFNBMARIN.COM Jan 31 2018 22:18:00      Credit One Bank,   PO Box 60500,
                 City Of Industry, CA 91716-0500
513453168     +EDI: TSYS2.COM Jan 31 2018 22:18:00      Department Stores National Bank/Macys,
                 Bankruptcy Processing,   Po Box 8053,   Mason, OH 45040-8053
513433446     +EDI: DISCOVER.COM Jan 31 2018 22:18:00      Discover,   PO Box 71084,   Charlotte, NC 28272-1084
513444244      EDI: DISCOVER.COM Jan 31 2018 22:18:00      Discover Bank,   DB Servicing Corporation,
                 PO Box 3025,   New Albany, OH  43054-3025
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Jan 31, 2018
                              Form ID: 3180W           Total Noticed: 76

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515516876      +EDI: ECMC.COM Jan 31 2018 22:18:00      ECMC,    PO BOX 16408,    St. Paul, MN 55116-0408
513433447      +EDI: TSYS2.COM Jan 31 2018 22:18:00      FDS Bank/DSNB/Macys,    9111 Duke Blvd,
                 Mason, OH 45040-8999
513463154       EDI: RMSC.COM Jan 31 2018 22:18:00      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
513433448      +EDI: RMSC.COM Jan 31 2018 22:18:00      GEMB/Amazon,    PO Box 981400,    El Paso, TX 79998-1400
513433449      +EDI: RMSC.COM Jan 31 2018 22:18:00      GEMB/Walmart,    PO Box 981400,    El Paso, TX 79998-1400
513433451      +EDI: HFC.COM Jan 31 2018 22:18:00      HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
513433453      +EDI: HFC.COM Jan 31 2018 22:18:00      HSBC Card Services,    PO Box 80084,
                 Salinas, CA 93912-0084
513433452      +EDI: HFC.COM Jan 31 2018 22:18:00      HSBC Card Services,    PO Box 17051,
                 Baltimore, MD 21297-1051
513581947      +EDI: HFC.COM Jan 31 2018 22:18:00      HSBC Mortgage Services Inc,    PO Box 21188,
                 Eagan, MN 55121-0188
513433455       EDI: IRS.COM Jan 31 2018 22:18:00      IRS Insolvency Function,    PO Box 724,
                 Springfield, NJ 07081
513433457      +E-mail/Text: BKRMailOPS@weltman.com Jan 31 2018 22:50:20       Kay Jewelers,    PO Box 740425,
                 Cincinnati, OH 45274-0425
513433458      +EDI: CBSKOHLS.COM Jan 31 2018 22:18:00      Kohls,    PO Box 2983,    Milwaukee, WI 53201-2983
513518764       EDI: RESURGENT.COM Jan 31 2018 22:18:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
513602956      +EDI: OPHSUBSID.COM Jan 31 2018 22:18:00      OAK HARBOR CAPITAL VII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513433460      +EDI: AGFINANCE.COM Jan 31 2018 22:18:00      One Main Financial,    PO Box 183172,
                 Columbus, OH 43218-3172
514737269       EDI: PRA.COM Jan 31 2018 22:18:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541
514737270       EDI: PRA.COM Jan 31 2018 22:18:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
513616355       EDI: PRA.COM Jan 31 2018 22:18:00      Portfolio Recovery Associates, LLC,    c/o Capital One,
                 POB 41067,    Norfolk VA 23541
513657371       EDI: PRA.COM Jan 31 2018 22:18:00      Portfolio Recovery Associates, LLC,
                 c/o Walmart Credit Card,    PO Box 41067,    Norfolk VA 23541
513886125      +EDI: PRA.COM Jan 31 2018 22:18:00      PRA Receivables Management, LLC,    PO Box 12907,
                 Norfolk VA 23541,    PRA Receivables Management, LLC,    PO Box 12907,    Norfolk VA 23541-0907
513878181      +EDI: PRA.COM Jan 31 2018 22:18:00      PRA Receivables Management, LLC,    POB 41067,
                 Norfolk, VA 23541,    PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
513878180      +EDI: PRA.COM Jan 31 2018 22:18:00      PRA Receivables Management, LLC,    POB 41067,
                 Norfolk, VA 23541-1067
513886124      +EDI: PRA.COM Jan 31 2018 22:18:00      PRA Receivables Management, LLC,    PO Box 12907,
                 Norfolk VA 23541-0907
513553507       EDI: Q3G.COM Jan 31 2018 22:18:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
513852133       EDI: RECOVERYCORP.COM Jan 31 2018 22:18:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
513463561      +E-mail/Text: BKRMailOps@weltman.com Jan 31 2018 22:50:35       Sterling Inc. dba Kay Jewelers,
                 c/o Weltman, Weinberg & Reis, Co., LPA,    P.O. Box 93784,    Cleveland, OH 44101-5784
513488061      +E-mail/Text: bncmail@w-legal.com Jan 31 2018 22:50:40       TARGET NATIONAL BANK,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513433466      +EDI: WTRRNBANK.COM Jan 31 2018 22:18:00      Target,    3701 Wayzata Blvd,    #2CF,
                 Minneapolis, MN 55416-3401
513433470      +EDI: WFNNB.COM Jan 31 2018 22:18:00      WFNNB,    PO Box 659705,    San Antonio, TX 78265-9705
513433469      +EDI: WFFC.COM Jan 31 2018 22:18:00      Wells Fargo Auto Finance,    800 Walnut St,
                 Des Moines, IA 50309-3891
513474127       EDI: WFFC.COM Jan 31 2018 22:18:00      Wells Fargo Bank, N.A.,
                 dba Wells Fargo Dealer Services,    P.O. Box 19657,    Irvine, CA 92623-9657
513747947       EDI: ECAST.COM Jan 31 2018 22:18:00      eCAST Settlement Corporation,    POB 29262,
                 New York NY 10087-9262
                                                                                                TOTAL: 51

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC Mortgage, a division of PNC Bank NA
513433440       Cash Web USA
513433465       Sure Advance
lm*            +PNC Bank,    2730 Liberty Ave.,    Pittsburgh, PA 15222-4747
513433461     ##+Plain Green,    93 Mack Road, Suite 600,    PO Box 255,    Elder, MT 59521-0255
                                                                                       TOTALS: 3, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 3 of 3            Date Rcvd: Jan 31, 2018
                              Form ID: 3180W           Total Noticed: 76
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2018 at the address(es) listed below:

              Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    PNC Mortgage, a Division of PNC Bank, National
               Association bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
              John    Zimnis    on behalf of Debtor Martin Christopher Labowicz njbankruptcylaw@aol.com.
              John    Zimnis    on behalf of Joint Debtor Noelle    Labowicz njbankruptcylaw@aol.com.
              Karina    Velter    on behalf of Creditor    Sterling Jewelers Inc. dba Kay Jewelers
               Velter.karina@gmail.com
              Melissa N. Licker    on behalf of Creditor    PNC Mortgage, a Division of PNC Bank, National
               Association NJ_ECF_Notices@buckleymadole.com
                                                                                             TOTAL: 7