Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  12–35152–KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Martin Christopher Labowicz<br>3 Laurel Court<br>Hamilton, NJ 08690 | Noelle Labowicz<br>aka Noelle Piazza<br>3 Laurel Court<br>Hamilton, NJ 08690 |

Social Security No.:
  xxx–xx–7932                                                  xxx–xx–0645

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: March 2, 2018                Kathryn C. Ferguson
                                    Judge, United States Bankruptcy Court